**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ANTHONY G. MORTON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEIDOS HOLDINGS, INC., ROGER A. KRONE, and JAMES C. REAGAN,<br><br>Defendants. | Case No.: 1:21-cv-01911-MKV<br><br>Hon. Mary Kay Vyskocil |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF FRED D. AND LUCRETIA MARTENS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Fred D. and Lucretia Martens ("Mr. & Mrs. Martens" or the "Martens") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of the Martens' motion for appointment as Lead Plaintiff and approval of their selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    PSLRA Certifications signed by Mr. & Mrs. Martens attesting to their transactions of Leidos Holdings, Inc. ("Leidos" or the "Company") securities;

Exhibit B:    Loss Charts reflecting the losses incurred by the Martens as a result of their transactions in Leidos securities;

2

Exhibit C:    Press Release published March 4, 2021, on *Business Wire,* announcing the

pendency of the securities class action against defendants herein: *Morton v.*

*Leidos Holdings, Inc., et. al.,* Case No. 1:21-cv-01911-MKV (S.D.N.Y.);

and

Exhibit D:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: May 3, 2021                               Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By:  /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Fred D. and Lucretia*
*Martens and [Proposed] Lead Counsel for*
*the Class*

2