# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Fred D. Martens, CPA , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in New Milford, NJ, have a Bachelor of Science in Accounting and I am a registered CPA. I am currently retired, but prior to that I was a School Business Administrator for 13 years. Prior to retirement, my last position was at the Hackensack Board of Education.  I have experience hiring and overseeing an attorney relating to a personal injury matter where I was the plaintiff.   I have been investing in securities for 46 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) Leidos Holdings, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __5/3/2021_____.


Name: Fred D. Martens, CPA

Signed: _Fred D. Martens, CPA_____

DocuSigned by:
3108AA1EB788423...

| Case Name | Leidos Holdings, Inc. |
|---|---|
| Ticker | LDOS |
| Class Period | 05-04-2020 to 02-23-2021 |

**Client Name**

Fred D. Martens

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 02-01-2021 | P | 400 | $ 103.0022 |
| 02-03-2021 | P | 200 | $ 103.8221 |

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Lucretia Martens , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in New Milford, NJ, have taken two years' worth of college classes and have a high school diploma. I am currently retired, but prior to that I was a secretary for approximately 40 years. I have been investing in securities for 26 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) Leidos Holdings, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __5/3/2021_____.


Name: Lucretia Martens

Signed: _Lucretia Martens_____
3108AA1EB788423...

| Case Name | Leidos Holdings, Inc. |
|---|---|
| Ticker | LDOS |
| Class Period | 05-04-2020 to 02-23-2021 |

| Client Name |
|---|
| Lucretia Martens |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 02-01-2021 | P | 400 | $ 102.8349 |