# EXHIBIT B

| Client Name | Fred D. Martens |
|---|---|
| Company Name | Leidos Holdings, Inc. |
| Ticker Symbol | LDOS |
| Security Type | |
| Class Period Start | 05-04-2020 |
| Class Period End | 02-23-2021 |
| 90-DAY Lookback Period Start | 02-24-2021 |
| 90-DAY Lookback Period End | 05-02-2021 |
| 90-DAY Lookback Average | $ 96.81 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $ 5,092.30 |
| *DURA LIFO* Total* | $ 5,092.30 |
| Gross Shares Purchased | 600 |
| Net Shares Retained | 600 |
| Net Funds Expended | $ 61,965.30 |

**Fred D Martens**

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-01-2021 | 390 | 103.0022 | $ 40,170.86 | 03-22-2021 | | 390 | $ 94.79 | | $ 36,968.10 | 390 | - | $ 96.81 | | $ 3,202.76 | $ 3,202.76 |
| 02-01-2021 | 10 | 103.0022 | $ 1,030.02 | 03-22-2021 | | 10 | $ 94.69 | | $ 946.90 | 10 | - | $ 96.81 | | $ 83.12 | $ 83.12 |
| 02-03-2021 | 200 | 103.8221 | $ 20,764.42 | 03-22-2021 | | 200 | $ 94.79 | | $ 18,958.00 | 200 | - | $ 96.81 | | $ 1,806.42 | $ 1,806.42 |
| Total: | 600 | | $61,965.30 | | | 600 | | | $56,873.00 | 600 | | | | $ 5,092.30 | $ 5,092.30 |

| Client Name | Lucretia Martens |
|---|---|
| Company Name | Leidos Holdings, Inc. |
| Ticker Symbol | LDOS |
| Security Type | |
| Class Period Start | 05-04-2020 |
| Class Period End | 02-23-2021 |
| 90-DAY Lookback Period Start | 02-24-2021 |
| 90-DAY Lookback Period End | 05-02-2021 |
| 90-DAY Lookback Average | $ 96.81 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $ 3,238.08 |
| *DURA LIFO* Total* | $ 3,238.08 |
| Gross Shares Purchased | 400 |
| Net Shares Retained | 400 |
| Net Funds Expended | $ 41,133.96 |

**Lucretia Martens**

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-01-2021 | 400 | 102.8349 | $ 41,133.96 | 03-22-2021 | | 400 | $ 94.74 | | $ 37,895.88 | 400 | - | $ 96.81 | | $ 3,238.08 | $ 3,238.08 |
| Total: | 400.00 | | $ 41,133.96 | | | 400 | | | $ 37895.88 | 400.00 | | | | $ 3,238.08 | $ 3,238.08 |

**SUMMARY OF FINANCIAL INTEREST - Mr. & Mrs. Martens**

| | |
|---|---|
| LIFO Loss Total | $ 8,330.38 |
| *DURA LIFO* Total* | $ 8,330.38 |
| Gross Shares Purchased | 1,000.00 |
| Net Shares Retained | 1,000.00 |
| Net Funds Expended | $ 103,099.26 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases