**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY G. MORTON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEIDOS HOLDINGS, INC., ROGER A. KRONE, and JAMES C. REAGAN,<br><br>Defendants. | Case No. 1:21-cv-01911-MKV<br><br>CLASS ACTION |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1.      I am the Managing Partner of the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Operating Engineers") for appointment as lead plaintiff and for approval of its selection of counsel.

2.      Attached hereto as Exhibit A is a copy of a press release issued by Glancy Prongay & Murray LLP, dated March 4, 2021, announcing the filing of a class action against the above-referenced defendants, and noticing that the filing date for appointment as Lead Plaintiff is May 3, 2021.

3.      Attached hereto as Exhibit B is Operating Engineers' PSLRA Certification.

4.      Attached hereto as Exhibit C is a chart reflecting Operating Engineers' losses in the relevant securities.

5.      Attached hereto as Exhibit D is the Declaration of M. Scott Anderson, on behalf of Operating Engineers.

6.      Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.


Dated: May 3, 2021                          /s/ Jeffrey C. Block
                                            Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block