# EXHIBIT B

**PLAINTIFF'S CERTIFICATION**

I, M. Scott Anderson, as Administrator of the Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Operating Engineers"), hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1.  I am fully authorized to enter into and execute this Certification on behalf of Operating Engineers. Operating Engineers has reviewed the complaint on file in this action against **Leidos Holdings, Inc.** (the "Company"), and have authorized the filing of the lead plaintiff motion, pursuant to the Private Securities Litigation Reform Act of 1995, for appointment of Operating Engineers as lead plaintiff.

2.  Operating Engineers has retained Block & Leviton LLP and such counsel as they deem appropriate to associate with to pursue such action.

3.  Operating Engineers did not purchase the securities that are the subject of this lawsuit at the direction of counsel, or to participate in any private action arising under the federal securities laws.

4.  Operating Engineers' transactions in the Company's securities during the Class Period are as follows:

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share |
|---|---|---|---|
| June 9, 2020 | Buy | 3,440 | $105.85 |

5.  Operating Engineers is willing to serve as a representative party on behalf of the Class of investors who purchased or acquired the Company's securities during the class period specified in the complaint, including providing testimony at deposition and trial, if necessary. I certify on behalf of Operating Engineers that Operating Engineers understands that the Court has the authority to select the most adequate lead plaintiff in this action.

6.  Operating Engineers presently serves as Lead Plaintiff in *Kornecki v. Airbus SE, et al.*, No. 20-cv-10084 (D.N.J.). During the three-year period preceding the date of my signing this Certification, Operating Engineers has also sought to be, but was not, appointed as lead plaintiff or class representative in the following class actions arising under the securities laws of the United States: *Government Employees' Retirement System of the Virgin Islands v. WageWorks, Inc.*, No. 18-cv-1523 (N.D. Cal.); and *Koch v. Healthcare Services Group, Inc., et al.*, No. 19-cv-1227 (E.D. Pa.).

7.  Operating Engineers will not accept any payment for serving as a representative party on behalf of the Class beyond Operating Engineers' *pro rata* share of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and

expenses (including lost wages) directly relating to Operating Engineers' representation of the Class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: _April 29, 2021_

M. Scott Anderson
Administrator
Operating Engineers Construction Industry
and Miscellaneous Pension Fund