# EXHIBIT C

# Operating Engineers - Leidos Holdings, Inc.

| | | |
|---|---|---|
| Class Period Start | | 5/4/20 |
| Class Period End | | 2/23/21 |
| Lookback Price (2/23/21 - 4/30/21) | $ | 96.65 |

| Class Period Transactions, Retained Shares | | | | |
|---|---|---|---|---|
| **Date** | **Transaction** | **Shares** | **Price Per Share** | **Total** |
| 6/9/20 | Buy | 3440 | $ 105.85 | $ 364,124.00 |
| | | | | |
| **Shares Held** | | 3440 | | $ 364,124.00 |
| **Retained Value (Lookback)** | | 3440 | $ 96.65 | $ 332,476.00 |
| **Total Losses** | | | | $ (31,648.00) |