# EXHIBIT D

## DECLARATION OF M. SCOTT ANDERSON

I, M. Scott Anderson, declare, under penalty of perjury of the laws of the United States of America, as follows:

1.      I respectfully submit this declaration in support of the motion of Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Operating Engineers") for appointment as Lead Plaintiff and approval of Operating Engineers' selection of Block & Leviton LLP as Lead Counsel in the securities fraud class action lawsuit involving Leidos Holdings, Inc. ("Leidos").

2.      I am the Administrator of Operating Engineers and I have full authority to execute this Declaration on behalf of Operating Engineers. Operating Engineers is a Pittsburgh, Pennsylvania-based pension and retirement plan established in 1957 by the International Union of Operating Engineers, Local 66, and participating employers who signed a Collective Bargaining Agreement. Operating Engineers provides retirement, disability, and survivor benefits to over 10,000 participants and is a sophisticated institutional investor with approximately $600 million in assets under management.

3.      The Certification I submit on behalf of Operating Engineers with Operating Engineers' Motion accurately reflects Operating Engineers' transactions in Leidos securities during the Class Period alleged in the lawsuit.

4.      After a thorough consultation, and after considering the merits of the action against Leidos, Operating Engineers retained Block & Leviton LLP to act as its attorney and to seek lead plaintiff status in this lawsuit on behalf of Operating Engineers.

5.      Operating Engineers understands that if it is appointed lead plaintiff, its primary responsibilities will be overseeing Lead Counsel to ensure that the litigation is handled

efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

6.    Operating Engineers understand that it could have chosen to take no action and remained an absent class member. However, due to Operating Engineers' financial losses and its desire to actively oversee this litigation, Operating Engineers affirmatively decided that it would be a benefit to Operating Engineers and the Class it seeks to represent if Operating Engineers sought appointment as Lead Plaintiff.

7.    Operating Engineers is committed to the zealous prosecution of this case and will remain actively involved in it, including through attendance at deposition and trial, if necessary. Operating Engineers understands that if appointed, it owes a fiduciary duty to all members of the putative class to provide fair and adequate representation, and to work with Lead Counsel to obtain the largest possible recovery for the class consistent with good faith and vigorous advocacy.

8.    Operating Engineers selected Block & Leviton to represent it in this action based upon their prior experience and resources. Operating Engineers is confident in its ability to work with Block & Leviton to protect the interests of the Class.

9.    Operating Engineers understand that, as a Lead Plaintiff in this action, it would be subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

10.    As Lead Plaintiff, Operating Engineers understands that it is responsible for directing the activities of its counsel for the duration of the litigation, and that its counsel shall:

        a.    Determine and present the position of the Lead Plaintiff on all matters that may arise during litigation of the action;

2

b.  Coordinate the initiation of and conduct discovery on behalf of the Lead Plaintiff, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

c.  Conduct settlement negotiations on behalf of the Lead Plaintiff;

d.  Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

e.  Retain expert consultants and witnesses;

f.  Prepare and distribute periodic status reports to the Lead Plaintiff;

g.  Maintain adequate time and disbursement records covering services as Lead Counsel; and

h.  Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.

Signed under penalties of perjury under the laws of the United States of America:

Date: _April 29, 2021_

/s/ _M. Scott Anderson_
M. Scott Anderson
Administrator
Operating Engineers Construction Industry
and Miscellaneous Pension Fund

3