# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY G. MORTON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LEIDOS HOLDINGS, INC., ROGER A. KRONE, and JAMES C. REAGAN, <br><br> Defendant. | No. 1:21-cv-01911-MKV <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund, through its counsel, in its role as Court-appointed Lead Plaintiff, hereby dismisses this action without prejudice.

September 28, 2021

/s/ Jeffrey C. Block
Jeffrey C. Block
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com