UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY G. MORTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEIDOS HOLDINGS, INC., ROGER A. KRONE, and JAMES C. REAGAN,<br><br>Defendant. | No. 1:21-cv-01911-MKV<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Lead Plaintiff Operating Engineers Construction Industry and Miscellaneous Pension Fund, through its counsel, in its role as Court-appointed Lead Plaintiff, hereby dismisses this action without prejudice.

September 29, 2021

/s/ Jeffrey C. Block
Jeffrey C. Block
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com